# United States District Court
## For The Western District of North Carolina

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>CAROLINA SPECIALTY PETS, LLC | **FILED**<br>IN COURT<br>ASHEVILLE, N. C.<br>**MAY 1 3 2005**<br>U. S. DISTRICT COURT<br>W. DIST. OF N. C. | JUDGMENT IN A CRIMINAL CASE<br>(Petty / Misdemeanor Offenses)<br><br>Case Number: 1:05mj19<br><br>William Loose<br>Defendant's Attorney |

**THE DEFENDANT:**

- **X** pleaded guilty to count(s) ONE
- __ pleaded guilty to violation(s)
- __ pleaded not guilty to count(s)
- __ pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 16:3372(d)(2);<br>3373(d)(3)(A) | Export a commercial shipment of wildlife from the United States to Singapore | 07/12/04 | ONE |

- __ Counts(s) (is)(are) dismissed on the motion of the United States.
- __ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- __ Found not guilty as to:

**IMPOSITION OF SENTENCE:** That Carolina Specialty Pets, LLC to pay a fine in the amount of $2,000 and $25 assessment. Carolina Specialty Pets, LLC to reimburse the United States for Court Appointed Counsel Fees. Fine, assessment, and attorney fees due within SIXTY(60) DAYS of said judgment.

Defendant's Soc. Sec. No.:

Date of Imposition of Sentence: May 13, 2005

_Signature of Judicial Officer_

Defendant's Mailing Address:

Date: May 13 2005

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal